# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIE CHARLES,<br><br>    Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Case No. 1:26-cv-00496-SAB<br><br>ORDER DIRECTING CLERK OF COURT TO TERMINATE APPLICATION TO PROCEED IN FORMA PAUPERIS AS MOOT AND DIRECTING CLERK OF COURT TO ISSUE SUMMONS AND SERVE DEFENDANT UNDER E-SERVICE PROGRAM<br><br>(ECF No. 2) |

Plaintiff Willie Charles filed a complaint on January 21, 2026, challenging a final decision of the Commissioner of Social Security denying an application for benefits. Plaintiff did not pay the filing fee in this action and instead filed an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. (ECF No. 2.) The Court was unable to determine whether Plaintiff qualified to proceed *in forma pauperis* and therefore directed Plaintiff to file a long form application. (ECF No. 3.) On January 22, 2026, Plaintiff paid the filing fee.

In light of the foregoing, the Court finds that Plaintiff's application to proceed *in forma pauperis* (ECF No. 2) is moot and will direct the Clerk of the Court to terminate the application. The Court will order that the complaint in this action be served, pursuant to paragraph 1 of the scheduling order to be issued in this action, which provides that service on the Defendant shall proceed under the Court's e-service program.

/ / /

1

Accordingly, IT IS HEREBY ORDERED that:

1.      The Clerk of the Court shall TERMINATE the application to proceed *in forma pauperis* (ECF No. 2) as MOOT;

2.      The Clerk of the Court is DIRECTED to issue a summons and new case documents; and

3.      The Clerk of the Court is DIRECTED to deliver to the Commissioner of Social Security Administration and the United States Attorney's Office at their designated email addresses, a notice of electronic filing of this action along with the summons and complaint.

IT IS SO ORDERED.

Dated:    __**January 23, 2026**__                    _____

STANLEY A. BOONE
United States Magistrate Judge

2