# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIE CHARLES,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | Case No. 1:26-cv-00496-SAB<br><br>ORDER RE STIPULATION FOR THE AWARD AND PAYMENT OF ATTORNEY'S FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d), AND COSTS PURSUANT TO 28 U.S.C. § 1920<br><br>(ECF No. 17) |

On May 27, 2026, the parties filed a stipulation for the payment of attorney's fees and expenses pursuant to the Equal Access to Justice Act, 28 U.S.C.§ 2412(d).  (ECF No. 17.)

Accordingly, subject to the terms of the stipulation, Plaintiff is awarded fees and expenses in the amount of NINE THOUSAND FOUR HUNDRED SEVEN AND 33/100 ($9,407.33) as authorized by the Equal Access to Justice Act, 28 U.S.C. § 2412(d), and FOUR HUNDRED FIVE AND 00/100 ($405.00) in costs under 28 U.S.C. § 1920.

IT IS SO ORDERED.

Dated:   **May 28, 2026**

STANLEY A. BOONE
United States Magistrate Judge

1